UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LORENZ,

        Plaintiff,                              Case No. 13-cv-11442

                                                  Paul D. Borman
                                                  United States District Judge

v.

                                                  Charles E. Binder
COMMISSIONER OF                              United States Magistrate
                                                  Judge
SOCIAL SECURITY,

        Defendant.
_____/

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S APRIL 18, 2014
REPORT AND RECOMMENDATION (ECF NO. 13),
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 12),
(3) DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 9); AND
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER

Before the Court is Magistrate Judge Charles E. Binder's April 18, 2014 Report and

Recommendation Denying Plaintiff's Motions for Summary Judgment and Granting Defendant's

Motion for Summary Judgment. (ECF No. 13, Report and Recommendation.) Having reviewed that

Report and Recommendation, and there being no timely objections from either party under 28

U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report

and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 9), GRANTS

Defendant's Motion for Summary Judgment (ECF No. 12), and AFFIRMS the findings of the

Commissioner pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.


                                    s/Paul D. Borman

                                    PAUL D. BORMAN

                                    UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 13, 2014.


                                    s/Deborah Tofil

                                    Case Manager